UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARY R. RICHITELLA, | No. CV 04-08949-VBK |
| Plaintiff, | JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part.

It is also ordered that the Commissioner's Motion for Summary Judgment is **DENIED** and the action is hereby remanded for further proceedings consistent with the Memorandum Opinion.

DATED: 7-26-05

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE